1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   MIGUEL ANGEL DIAZ-PENA
7

8

9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        ) No. CR-S-06-0267 EJG
                                    )
13             Plaintiff,           ) STIPULATION AND ORDER CONTINUING
                                    ) STATUS CONFERENCE
14      v.                          )
                                    )
15 MIGUEL ANGEL DIAZ-PENA           ) Date:  September 8, 2006
      aka Miguel Diaz,              ) Time:  10:00 a.m.
16                                  ) Judge: Edward J. Garcia
               Defendant.           )
17 _____)

18      It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant, and Michael Beckwith, Assistant United

20 States Attorney, attorney for the plaintiff, that the status conference

21 of August 25, 2006 be vacated and a new status conference be set for

22 September 8, 2006 at 10:00 a.m.

23      This continuance is requested because the parties are waiting

24 for the Pre-Plea Presentence Report being prepared by the Probation

25 Office.  Counsel for defendant has been in contact with the Probation

26 Officer assigned to this case, and has been informed that the Pre-Plea

27 Presentence Report will be completed and available for counsel to

28 review within the next week.

1  IT IS FURTHER STIPULATED that the period from August 25, 2006
2 through and including September 8, 2006 be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: August 24, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French

_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
MIGUEL ANGEL DIAZ-PENA

Dated: August 24, 2006          MCGREGOR W. SCOTT
                                United States Attorney


                                /s/ Mary M. French for

                                _____
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney
                                per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: August 24, 2006
                                /s/ Edward J. Garcia_____
                                EDWARD J. GARCIA
                                United States District Judge

Stipulation & Order/Luna-Sanchez        2